IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERESA BOOKER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 16-0029-WS-B |
| | ) |
| STUCKEY MANAGEMENT SERVICES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on the parties' Joint Stipulation of Dismissal of Certain Claims (doc. 47).  This Stipulation, signed and agreed upon by counsel for all parties, reflects that the parties stipulate to the dismissal of Counts I and II brought by plaintiffs Lashondra Rankins, Bonita Cunningham and Lashundra Williams.

Although the Stipulation purports to be filed pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., the proper procedural vehicle to achieve the requested relief is actually a motion to amend the Complaint pursuant to Rule 15(a), rather than a Rule 41(a) stipulation of dismissal. *See, e.g., Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1106 (11th Cir. 2004) ("A plaintiff wishing to eliminate particular claims or issues form the action should amend the complaint under Rule 15(a) rather than dismiss under Rule 41(a).") (citation omitted).  For that reason, the Joint Stipulation will be construed as a Motion to Amend the Complaint to withdraw Counts I and II on behalf of plaintiffs Rankins, Cunningham and Williams.

Pursuant to Rule 15(a)(2), Fed.R.Civ.P., federal courts are instructed freely to grant leave to amend the pleadings when justice so requires.  Here, the parties have agreed and stipulated to streamline this complex, multi-plaintiff, multi-claim litigation by eliminating certain causes of action brought by certain plaintiffs, with each side to bear its own fees and costs.  Such a course of action is fully consistent with, and in furtherance of, the interests of justice.  Accordingly, the Motion to Amend Complaint (doc. 47) construed from the Joint Stipulation of Dismissal of Certain Claims is **granted**.  Counts I and II brought by plaintiffs Lashondra Rankins, Bonita

-2-

Cunningham and Lashundra Williams are **withdrawn**, each party to bear her or its own fees and costs associated with such claims.  This action will proceed as to Counts III through IX asserted by plaintiffs Rankins, Cunningham and Williams, as well as all claims asserted by the other six named plaintiffs.

    DONE and ORDERED this 31st day of January, 2017.

                                                  s/ WILLIAM H. STEELE
                                                  CHIEF UNITED STATES DISTRICT JUDGE